IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH DAVID BRENNER,<br><br>Defendant. / | No. CR 10-00637 CRB<br><br>**ORDER DENYING MOTION TO REDUCE FINE** |

For the reasons stated in the government's opposition brief (dkt. 30), the Court DENIES without prejudice Defendant's Motion to Reduce Fine (dkts. 27, 31).

**IT IS SO ORDERED.**

Dated: August 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\637\order denying mot to reduce fine.wpd